In the Matter of the Grade Crossing of THE NEW YORK, ONTARIO AND WESTERN RAILWAY at East Seneca Street in the City of Oswego.

NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant; STATE DEPARTMENT OF PUBLIC WORKS et al., Respondents.

(Argued April 20, 1936; decided May 19, 1936.)

*Warnick J. Kernan* and *Elbert N. Oakes* for appellant.

*Sherman C. Ward* and *Charles G. Blakeslee* for Public Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN. HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.